UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | No. 26 C 6736 |
| | ) | |
| JENNIFER M. GRANDCHAMP, | ) | |
| | ) | |
| Respondent. | ) | |

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, by

Andrew S. Boutros, United States Attorney for the Northern District of Illinois, petitions for an

order enforcing an IRS administrative summons served on respondent Jennifer M. Grandchamp

and alleges as follows:

1. This action is brought pursuant to 26 U.S.C. §§ 7402(b) and 7604(a) to judicially

enforce an Internal Revenue Service Summons issued to Jennifer M. Grandchamp. The court has

jurisdiction pursuant to 28 U.S.C. §§ 1340 and 1345.

3. The respondent, Jennifer M. Grandchamp, resides at 1542 West Waveland Avenue,

Chicago, Illinois 60613-709602 Apartment 2, within the jurisdiction of this court.

4. D. Marcus is a Revenue Officer of the Internal Revenue Service, employed in the

Small Business/Self-Employed Division, Collection Operations unit at 230 South Dearborn Street,

MS 5115, Chicago, Illinois 60604-1505, and is authorized to issue an Internal Revenue Service

Summons pursuant to the authority contained in 26 U.S.C. § 7602 and Treasury Regulation

§ 301.7602-1, 26 C.F.R. § 301.7602-1.

5.    Revenue Officer Marcus is conducting an investigation into the collection of Jennifer M. Grandchamp's Form 1040 income tax liabilities for the periods ending December 31, 2015; December 31, 2016; December 31, 2019; December 31, 2020; and December 31, 2022.

6.    In furtherance of the above investigations and in accordance with 26 U.S.C. § 7602, Revenue Officer Marcus issued on February 5, 2026, an administrative summons, Form 6637, Summons Collection Information Statement.

7.    The summons required that Jennifer M. Grandchamp appear at 10:00 a.m. on February 25, 2026, at the IRS office located at 230 South Dearborn Street, MS 5115, Chicago, Illinois 60604-1505, to provide the requested materials relating to the collection of Form 1040 income tax liabilities for the periods ending December 31, 2015; December 31, 2016; December 31, 2019; December 31, 2020; and  December 31, 2022. The summons is attached to the petition as Exhibit B.

8.    In accordance with 26 U.S.C. § 7603, on February 5, 2026, Revenue Officer Marcus personally served by hand an attested copy of the Internal Revenue Service summons described in paragraph (6) on the respondent, Jennifer M. Grandchamp, as evidenced in the certificate of service on the reverse side of the summons.

9.    On February 25, 2026, respondent Jennifer M. Grandchamp failed to appear in response to the summons.

10.    On March 27, 2026, a "last chance letter" was sent to Jennifer M. Grandchamp by certified mail from the IRS Office of Chief Counsel proposing an alternate date to comply with the summons, scheduled for 3:00 p.m. on April 16, 2026, at the IRS office located in Chicago, Illinois. A copy of the letter was sent to the respondent's last and usual place of abode.

2

A copy of the letter is attached as Exhibit C.

11.     On March 27, 2026, the alternate compliance date, respondent Jennifer M. Grandchamp did not appear at the IRS office in Chicago, Illinois.

12.     The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

13.     All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

14.     No recommendation for criminal prosecution of Jennifer M. Grandchamp has been made by the IRS to the United States Department of Justice.

15.     It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons to properly collect the civil penalty liabilities of Jennifer M. Grandchamp for the periods mentioned in paragraph (5).

16.     Respondent Jennifer M. Grandchamp's failure to comply with the summons continues to this date.

WHEREFORE, the United States requests:

a.     entry of an order directing the respondent, Jennifer M. Grandchamp to show cause, if any, why she should not comply with the aforementioned summons and each and every requirement thereof, by ordering complete compliance with the summons and specifically directing the summonsed party to obey the summons served upon him and ordering her attendance, and the production of books, records, papers, and other data as required by the terms of the summons before Revenue Officer Marcus or any other proper agent of the Internal Revenue Service at such time and place as may be fixed by the court;

3

b.      entry of an order directing respondent to obey the aforementioned summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called by the terms of the summons before Revenue Officer Marcus or any other proper agent of the Internal Revenue Service;

c.      an award of the United States costs; and

d.      such other and further relief as the court deems just and proper.

Respectfully Submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Chase T. Beerbower
    CHASE T. BEERBOWER
    Special Assistant United States Attorney
    230 S. Dearborn Street, STOP 1603 CHI
    Chicago, Illinois 60604-1505
    (312) 292-2106
    chase.t.beerbower@irscounsel.treas.gov

# Exhibit A

**<u>DECLARATION</u>**

D. Marcus declares:

1. I am a duly commissioned Revenue Officer employed in the Small Business/Self-Employed Division Central Compliance Area of the Internal Revenue Service at 230 South Dearborn Street, MS 5115, Chicago, Illinois 60604-1505.

2. In my capacity as a Revenue Officer, I am conducting an investigation into the collection of Form 1040 income tax liabilities of Jennifer M. Grandchamp for the periods ending December 31, 2015; December 31, 2016; December 31, 2019; December 31, 2020; and December 31, 2022.

3. In furtherance of the above investigation and in accordance with section 7602 of Title 26, U.S.C., I issued on February 5, 2026, an administrative summons, Form 6637, Summons Collection Information Statement.

4. The summons required that Jennifer M. Grandchamp appear at 10:00 a.m. on February 25, 2026, at the IRS office located at 230 South Dearborn Street, MS 5115, Chicago, Illinois 60604-1505, to provide the requested materials relating to the collection of Form 1040 income tax liabilities of Jennifer M. Grandchamp for the periods ending December 31, 2015; December 31, 2016; December 31, 2019; December 31, 2020; and December 31, 2022. The summons is attached to the petition as Exhibit B.

5. In accordance with section 7603 of Title 26, U.S.C., on February 5, 2026, I personally served by hand an attested copy of the Internal Revenue Service summons described in paragraph (3) above on the respondent Jennifer M. Grandchamp, as evidenced in the certificate of service on the reverse side of the summons.

1

Exhibit A

6.     On February 25, 2026, Jennifer M. Grandchamp failed to appear in response to the summons.

7.     On March 27, 2026, a "last chance letter" was sent to Jennifer M. Grandchamp by certified and regular mail from the IRS Office of Chief Counsel proposing an alternate date to comply with the summons, scheduled for 3:00 p.m. on April 16, 2026, at the IRS office located in Chicago, Illinois. The letter is attached to the petition as Exhibit C.

8.     On April 16, 2026, the alternate compliance date, Jennifer M. Grandchamp did not appear at the IRS office located in Chicago, Illinois.

9.     The books, papers, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

10.     All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

11.     As of the date of that the summons was issued and served, and as of the date I signed this declaration, no recommendation for criminal prosecution of Jennifer M. Grandchamp has been made by the IRS to the United States Department of Justice.

12.     It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to properly collect the Form 1040 income tax liabilities of Jennifer M. Grandchamp for the tax periods ending December 31, 2015; December 31, 2016; December 31, 2019; December 31, 2020; and December 31, 2022.

///

///

2

Exhibit A

13. Jennifer M. Grandchamp's failure to comply with the summons continues to the date of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 01 day of June, 2026.

*D' Marcus*

_____

D. Marcus, Revenue Officer

3

Exhibit A

# Exhibit B

# Summons
# Collection Information Statement

**In the matter of** JENNIFER M GRANDCHAMP, 1542 W WAVELAND AVE APT 2, CHICAGO, IL 60613-7096

**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED

**Industry/Area** *(Identify by number or name)* Small Business / Self Employed

**Periods:** See Attachment 1 to Summons Form 6637 for Period Information

The Commissioner of Internal Revenue

**To:** JENNIFER M GRANDCHAMP
**At:** 1542 W WAVELAND AVE APT 2, CHICAGO, IL 60613-7096

You are hereby summoned and required to appear before D. MARCUS, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2015 To 12/31/2022

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, stored value cards, online and mobile accounts, virtual currency, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**
230 S. DEARBORN STREET, MS 5115, CHICAGO IL 60604-1505 (312) 292-2345

**Place and time for appearance: At** 230 S. DEARBORN STREET, MS 5115-26TH FLOOR, CHICAGO, IL 60604-1505

on the 25th day of February , 2026 at 10:00 o'clock a m.

**Issued under authority of the Internal Revenue Code this 5th day of February , 2026**

| Signature of issuing officer | Title |
|---|---|
| D. MARCUS *D^ Marcus* | REVENUE OFFICER |
| Signature of approving officer *(if applicable)* | Title |

---

Exhibit B

# Certificate of Service of Summons
### (Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| 02-05- 2026 | 03.50 pm |

**How Summons Was Served**

☒ 1. I handed an attested copy of the summons to the person to whom it was directed.

☐ 2. I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

| Signature | Title |
|-----------|-------|
| Donald | Revenue Officer |

---

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|-----------|-------|
| Donald | Revenue Officer |

Form **6637** (Rev. 6-2020)   Catalog No. 25000Q   publish.no.irs.gov   Department of the Treasury – **Internal Revenue Service**

Exhibit B

## Attachment 1 to Summons Form 6637

In the matter of  **JENNIFER M GRANDCHAMP**


Period information: Form 1040 for the calendar periods ending December 31, 2015, December 31, 2016, December 31, 2019, December 31, 2020 and December 31, 2022

Exhibit B

Exhibit C



**OFFICE OF
CHIEF COUNSEL**

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
LITIGATION AND ADVISORY
230 S. DEARBORN STREET, STOP 1603 CHI
CHICAGO, IL 60604
(312) 292-2195
EFAX (855) 630-3811

March 27, 2026

CC:LA:4:CHI:3:ARRoche
CC-00192929-26

**Via Certified Mail; Regular Mail**

Jennifer Grandchamp
1542 W. Waveland Ave
Apt. 2
Chicago, IL 60613

Dear Jennifer Grandchamp,

Small Business/Self-Employed Midwest Area Collection of the Internal Revenue Service has notified our office that you have not complied with the provisions of the summons served on you on February 5, 2026.  Under the terms of the summons, you were required to appear before Revenue Officer D. Marcus on February 25, 2026.

Legal proceedings may be brought against you in the United States District Court for not complying with these summonses. Pursuant to Section 7604, the IRS may enforce the summonses by filing an enforcement proceeding in federal district court. To avoid such proceedings, you are to appear before Revenue Officer:

| | |
|---|---|
| Name: | D. Marcus |
| Date: | April 16, 2026 |
| Time: | 3:00 PM |
| Address: | 230 S. Dearborn St., MS5115, 26th Floor, Chicago, IL 60604 |

Any books, records or other documents called for in the summons should be produced on April 16, 2026.  If you have any other questions, please contact Revenue Officer D. Marcus at (312) 292-2345 or the undersigned at (312) 292-2195.

Sincerely,

ALEXANDER R. ROCHE
Supervisory General Attorney (Tax)
(Litigation and Advisory)

cc:  Revenue Officer D. Marcus via e-mail

Exhibit C